**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**



FILED
NOV 14 2005
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

EDDIE WOMACK, JR.,

    Plaintiff,

v.                                      CIVIL NO. 05-71903
                                      HON. LAWRENCE P. ZATKOFF

SUMPTER TOWNSHIP and SUMPTER
TOWNSHIP BOARD OF TRUSTEES,

    Defendants.

_____/

## ORDER

This matter is before the Court on Defendants' Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure. Plaintiff has accepted the offer.

Therefore, pursuant to the offer Plaintiff is awarded $2,500.

IT IS SO ORDERED.

**NOV 14 2005**
Date:_____

_____
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE